STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES NUNNALLY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Edward J. Butrym* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SALVATORE VITO DORIO, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Richard Newman* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Christopher R. Wood* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES NUNNALLY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter,* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Edward J. Butrym* for the respondent.

April 29, 1969. Denied.